# EXHIBIT 3

**DANIEL AZIZI, Esq. - State Bar No. 268995**
**IGOR FRADKIN, Esq. – State Bar No. 299491**
**DOWNTOWN L.A. LAW GROUP**
601 N. Vermont Ave.
Los Angeles, CA 90004
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Igor@downtownlaw.com

Attorneys for Plaintiffs
ERNESTO MATA

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| ERNESTO MATA, an individual. | Case No.: 21STCV46454 |
| Plaintiff, | |
| v. | **STATEMENT OF DAMAGES** |
| HOME DEPOT U.S.A., INC., a Delaware corporation; RIDGE TOOL CO., unknown entity; EMERSON ELECTRIC CO., a Missouri corporation; and DOES 1-50, inclusive. | |
| Defendants. | |

Plaintiff, ERNESTO MATA, hereby provides to Defendants the following Statement of Damages:

1. General Damages:        In excess of        $1,000,000.00

2. Special Damages:        In excess of        $1,000,000.00

1

**STATEMENT OF DAMAGES**

1

2          Plaintiff reserves the right to amend this Statement of Damages at a later time, as

3  Discovery develops.

4

5  DATED: February 21, 2022                    **DOWNTOWN L.A. LAW GROUP**

6

7

8                                             Daniel Azizi, Esq.
                                              Igor Fradkin, Esq.
9                                             Attorney for Plaintiff,
                                              ERNESTO MATA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Downtown L.A. Law Group
601 N. Vermont Ave.
Los Angeles, CA  90004

2
**STATEMENT OF DAMAGES**